# EXHIBIT C

# Delaviz, Damoun

**From:** Swichar, Jonathan L.
**Sent:** Tuesday, April 29, 2014 8:59 AM
**To:** Capetillo, Rosa M.
**Subject:** FW: Prime Aid Pharmacy

---

**From:** kimberly.donovan@squiresanders.com [mailto:kimberly.donovan@squiresanders.com]
**Sent:** Monday, April 28, 2014 4:58 PM
**To:** Swichar, Jonathan L.
**Cc:** pierre.bergeron@squiresanders.com
**Subject:** Prime Aid Pharmacy

---

**You have received 1 secure file from kimberly.donovan@squiresanders.com.**
Use the secure link below to download.

---

Jonathan,

Please click on the link below for a list of the claims that Humana believes were shipped to members residing in Florida or Ohio. We look forward to your client's explanation for each of these claims and an explanation as to the safeguards the pharmacy has instituted to prevent shipping prescription drugs into states in which it is not licensed.

Best regards,

Kimberly

**Secure File Downloads:**
Available until: **28 May 2014**

Click link to download:

> **Prime Aid.xlsx**
> 13,024.42 KB

You have received attachment link(s) within this email. To retrieve the attachment(s), simply click on the link(s). If you need assistance, please contact IT Support at: 216.687.3445 or via email: IT_Info_Only@squiresanders.com

Secured by Accellion

---

39 offices in 19 countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

1

Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities. Please visit www.squiresanders.com for more information.

#US

------------------------------------------------------------------

| NCPDP | Pharmacy Name | Member ID | Customer Number | Client Number | Group Name | Group Number | Date Filled | Member First Name | Member Last Name | Member Address-City | Member Address-State | Member Address-Zip Code | Claim Status Code | Pharmacy Network ID | Drug Label Name | Total Member Liability | Total Paid | Total Cost | Claim Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3194418 | PRIME AID | 0000000275 | 319 | 1 | THE | 0000548389 | 3/7/2014 | | | | OH | 45251 | 11 | 69 | SOVALDI | $100.00 | $27,200.00 | $27,300.00 | 144680366 |
| 3194418 | PRIME AID | 0000000275 | 319 | 1 | THE | 0000548389 | 3/7/2014 | | | | OH | 45251 | 11 | 69 | RIBAPAK | $100.00 | $1,024.52 | $1,124.52 | 1446680329 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000258339 | 3/3/2014 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $462.74 | $917.96 | $1,380.70 | 146208714 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 | | | | OH | 45140 | 11 | 69 | SOVALDI | $0.00 | $27,300.00 | $27,300.00 | 1446533002 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 | | | | OH | 45246 | 11 | 69 | SOVALDI | $1,365.00 | $25,935.00 | $27,300.00 | 1446769141 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 | | | | OH | 45140 | 11 | 69 | RIBAPAK | $0.00 | $1,124.52 | $1,124.52 | 3446587025 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 2/19/2014 | | | | OH | 45246 | 11 | 69 | RIBASPHER | $3.76 | $71.37 | $75.13 | 1445354392 |
| 3194418 | PRIME AID | 0000000088 | 320 | 7 | HUMANA | 0000259903 | 2/5/2014 | | | | FL | 33914 | 11 | 69 | HUMIRA 40 | $1,096.03 | $1,344.01 | $2,440.04 | 343366814 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 2/5/2014 | | | | OH | 45246 | 11 | 69 | SOVALDI | $3,214.39 | $24,085.61 | $27,300.00 | 1443647514 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 1/22/2014 | | | | OH | 45246 | 11 | 69 | RIBASPHER | $75.13 | $0.00 | $75.13 | 1443257976 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000258339 | 1/15/2014 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $455.63 | $925.07 | $1,380.70 | 1441525899 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 1/14/2014 | | | | OH | 45140 | 11 | 69 | RIBAPAK | $2.55 | $1,121.97 | $1,124.52 | 1441429286 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 1/14/2014 | | | | OH | 45140 | 11 | 69 | SOVALDI | $5.88 | $27,294.12 | $27,300.00 | 1441478830 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000258243 | 1/7/2014 | | | | OH | 45601 | 11 | 69 | RIBAVIRIN | $45.00 | $35.50 | $80.50 | 3440726177 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 12/20/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $69.04 | $1,311.66 | $1,380.70 | 1375469688 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 12/10/2013 | | | | OH | 45601 | 11 | 69 | RIBAVIRIN | $4.03 | $76.47 | $80.50 | 1374406777 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000234354 | 12/10/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $150.40 | $2,857.55 | $3,007.95 | 1374423542 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 11/19/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $406.29 | $974.41 | $1,380.70 | 1372304048 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/12/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 | $2,811.12 | 1371688846 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/12/2013 | | | | OH | 45601 | 11 | 69 | RIBAVIRIN | $4.03 | $76.47 | $80.50 | 3371623115 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/1/2013 | | | | OH | 45601 | 11 | 69 | PROMACTA | $372.49 | $7,077.21 | $7,449.70 | 1371179484 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 10/16/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $655.83 | $724.87 | $1,380.70 | 1368921286 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 10/8/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 | $2,811.12 | 1368122451 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 10/8/2013 | | | | OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 | $75.13 | 1368122459 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 9/12/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 | $2,811.12 | 1365521770 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 9/10/2013 | | | | OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 | $75.13 | 1365380689 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 9/5/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $655.83 | $724.87 | $1,380.70 | 3364822409 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 8/13/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $488.04 | $2,323.08 | $2,811.12 | 1362528825 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 8/13/2013 | | | | OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 | $75.13 | 1362577379 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 8/12/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $473.29 | $907.41 | $1,380.70 | 1362472810 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 8/6/2013 | | | | FL | 33607 | 11 | 78 | ATORVAST | $1.15 | $32.07 | $33.22 | 1336182314 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 8/6/2013 | | | | FL | 33607 | 11 | 78 | PANTOPRA | $1.15 | $9.09 | $10.24 | 3361821317 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 7/17/2013 | | | | OH | 45601 | 11 | 69 | PEGASYS | $1,335.28 | $1,475.84 | $2,811.12 | 1359840680 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 7/17/2013 | | | | OH | 45601 | 11 | 69 | RIBASPHER | $59.35 | $15.78 | $75.13 | 1359824258 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 7/15/2013 | | | | OH | 43302 | 11 | 75 | XIFAXAN | $455.63 | $925.07 | $1,380.70 | 1359633620 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 | | | | FL | 33607 | 11 | 78 | AMLODIPIN | $1.15 | $11.24 | $12.39 | 1352722264 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 | | | | FL | 33607 | 11 | 78 | PANTOPRA | $1.15 | $9.09 | $10.24 | 1352722678 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 | | | | FL | 33607 | 11 | 78 | ATORVAST | $1.15 | $32.07 | $33.22 | 1352722260 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 | | | | FL | 33607 | 11 | 78 | CARVEDILO | $1.15 | $22.01 | $23.16 | 1352722252 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 | | | | FL | 33607 | 11 | 75 | CLONIDINE | $1.15 | $5.37 | $6.52 | 1352722257 |