# EXHIBIT D

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

JONATHAN L. SWICHAR
DIRECT DIAL: +1 215 979 1816
PERSONAL FAX: +1 215 689 4428
*E-MAIL:* JLSwichar@duanemorris.com

*www.duanemorris.com*

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

May 12, 2014

**FOR PURPOSES OF SETTLEMENT DISCUSSIONS ONLY**

**EMAIL AND FEDERAL EXPRESS**

Kimberly Jordan Donovan, Esquire
Squire Sanders LLP
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

**Re: Prime Aid Pharmacy Corporation, NCPDP # 3194418**

Dear Ms. Donovan:

As you recall this law firm represents Prime Aid Pharmacy Corporation ("Prime Aid"). As you are aware, by letter dated April 4, 2014, Humana Pharmacy Networks ("Humana") advised Prime Aid that Humana had decided to terminate Prime Aid from participating in its network because it believed that Prime Aid improperly shipped prescription drugs into a jurisdiction in which it was not licensed. We responded to Humana's letter on April 17, 2014 and are now writing to supplement our response to provide a more detailed explanation for the specific claims which you identified in your April 28, 2014 email. *See* attached Spreadsheet attached hereto as Exhibit A.

As a preliminary matter, Humana has no direct contract with Prime Aid. Humana accesses Prime Aid's services through Good Neighbor, a Pharmacy Benefit Manager. In point of fact, when the drugs in question were dispensed, Prime Aid was enrolled as a participating provider in Good Neighbor's pharmacy network to provide retail, mail order, and specialty pharmacy services. *See* Prime Aid's Good Neighbor Pharmacy Provider Agreement attached as Exhibit B. Moreover, the Medicare Part D Program specifically permits prescriptions to be dispensed via mail order. 42 C.F.R. § 423.120(a)(3). Therefore, there is no legal basis for Humana to dispute these claims merely because the prescriptions were dispensed via mail order.

The spreadsheet identifies seven patients: two from Florida and five from Ohio. All of these patients are Medicare patients who require specialty drugs for chronic illnesses, including Hepitatis C, Idiopathic Thrombocytopenic Purpura (low platelets), and Overt Hepatic Encephalopathy. The two patients that Prime Aid shipped medications to in Florida ( ) were existing Prime Aid patients who ordered refills of their prescriptions but went on vacation prior to them being dispensed. Each patient requested that the prescription be mailed to them while on vacation in Florida so that their course of treatment would not be interrupted. Prime Aid firmly believes that it was required by New Jersey law to mail the prescriptions to the patients in Florida in order not to endanger the patient's health by interrupting a course of treatment prescribed for a chronic illness. *See* N.J.A.C. § 45:1-21(c); N.J.A.C. § 3:39-7.4, Fla. Stat. § 465.0275; Fla. Stat. § 381.026. As you may be aware, the interruption of a course of treatment can have devastating effects on chronically ill patients.

With regard to the Ohio patients ( ), these patients are existing Prime Aid patients who required specialty medications and requested that their medications be shipped to them in Ohio. Due to the expensive costs of these drugs, they are rarely, if ever, maintained in inventory at local pharmacies. Patients are almost always required to make or use specialty pharmacies, of which there are far fewer in communities (some of which are rural and do not have specialty pharmacies), to fill and oversee administration of these specialty prescriptions. Due to the serious nature of these patients' illnesses, it would have been potentially catastrophic to interrupt their therapeutic regime until their care could be transitioned to a resident specialty pharmacy. Consequently, under Prime Aid's legal obligation not to abandon patients during a course of medical treatment, Prime Aid shipped prescriptions to a limited number of patients in Ohio. *See* N.J.A.C. § 45:1-21(c); N.J.A.C. § 3:39-7.4. Accordingly, these isolated shipments in emergency situations should not serve as a basis for Humana's termination of Prime Aid from its network.

Based upon Prime Aid's long and unblemished history with Humana, we are hopeful that we can informally resolved this issue in a manner which permits Prime Aid to remain in Humana's pharmacy network. In that regard, we propose as a means to resolve this matter, the following: Prime Aid will agree not to ship medications into any State in which it does not hold a license, regardless of circumstances. Rather, Prime Aid will agree to contact Humana if it is requested to ship patients' medications into a state where it is not licensed and allow Humana to direct Prime Aid how to proceed (e.g. transfer the prescription, etc.). In addition, Prime Aid is willing to take whatever other corrective actions are requested by Humana to resolve this issue. If Humana pursues the termination of Prime Aid's participation in its network, we request a hearing to appeal Humana's decision in compliance with New Jersey law.

DuaneMorris

Kimberly Jordan Donovan, Esquire
May 12, 2014
Page 3

Please contact me at 215-979-1816 to discuss this issue. We appreciate your cooperation in this matter.

Sincerely,

Jonathan L. Swichar

JLS:rmc
Enclosure

cc: Prime Aid Pharmacy Corp.
Michael M. Mustokoff, Esquire
(both w/o enc.)

DM1\4661196.1

# Exhibit A

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|
| 3194418 | PRIME AID | 0000000275 | 319 | 1 | THE CHRIST | 0000548389 | 3/7/2014 |
| 3194418 | PRIME AID | 0000000275 | 319 | 1 | THE CHRIST | 0000548389 | 3/7/2014 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000258339 | 3/3/2014 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 3/3/2014 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 2/19/2014 |
| 3194418 | PRIME AID | 0000000088 | 320 | 7 | HUMANA | 0000255908 | 2/5/2014 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 2/5/2014 |
| 3194418 | PRIME AID | 0000000301 | 320 | 7 | HUMANA | 0000258243 | 1/22/2014 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000258339 | 1/15/2014 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 1/14/2014 |
| 3194418 | PRIME AID | 0000000304 | 320 | 7 | HUMANA | 0000258243 | 1/14/2014 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000258243 | 1/7/2014 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 12/20/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 12/16/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 12/10/2013 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 11/19/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/12/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/12/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 11/7/2013 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 10/16/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 10/8/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 10/8/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 9/12/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 9/10/2013 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 9/5/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 8/13/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 8/13/2013 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 8/12/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 8/6/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 8/6/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 7/17/2013 |
| 3194418 | PRIME AID | 0000000300 | 320 | 7 | HUMANA | 0000234354 | 7/17/2013 |
| 3194418 | PRIME AID | 0000000233 | 320 | 7 | HUMANA | 0000247152 | 7/15/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 |
| 3194418 | PRIME AID | 0000000267 | 320 | 6 | HUMANA | 0000235412 | 5/7/2013 |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| OH | 45251 | 11 | 69 | SOVALDI | $100.00 | $27,200.00 |
| OH | 45251 | 11 | 69 | RIBAPAK | $100.00 | $1,024.52 |
| OH | 43302 | 11 | 75 | XIFAXAN | $462.74 | $917.96 |
| OH | 45140 | 11 | 69 | SOVALDI | $0.00 | $27,300.00 |
| OH | 45246 | 11 | 69 | SOVALDI | $1,365.00 | $25,935.00 |
| OH | 45140 | 11 | 69 | RIBAPAK | $0.00 | $1,124.52 |
| OH | 45246 | 11 | 69 | RIBASPHER | $3.76 | $71.37 |
| FL | 33914 | 11 | 69 | HUMIRA 40 | $1,096.03 | $1,344.01 |
| OH | 45246 | 11 | 69 | SOVALDI | $3,214.39 | $24,085.61 |
| OH | 45246 | 11 | 69 | RIBASPHER | $75.13 | $0.00 |
| OH | 43302 | 11 | 75 | XIFAXAN | $455.63 | $925.07 |
| OH | 45140 | 11 | 69 | RIBAPAK | $2.55 | $1,121.97 |
| OH | 45140 | 11 | 69 | SOVALDI | $5.88 | $27,294.12 |
| OH | 45601 | 11 | 69 | RIBAVIRIN | $45.00 | $35.50 |
| OH | 43302 | 11 | 75 | XIFAXAN | $69.04 | $1,311.66 |
| OH | 45601 | 11 | 69 | RIBAVIRIN | $4.03 | $76.47 |
| OH | 45601 | 11 | 69 | PEGASYS | $150.40 | $2,857.55 |
| OH | 43302 | 11 | 75 | XIFAXAN | $406.29 | $974.41 |
| OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 |
| OH | 45601 | 11 | 69 | RIBAVIRIN | $4.03 | $76.47 |
| OH | 45601 | 11 | 69 | PROMACTA | $372.49 | $7,077.21 |
| OH | 43302 | 11 | 75 | XIFAXAN | $655.83 | $724.87 |
| OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 |
| OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 |
| OH | 45601 | 11 | 69 | PEGASYS | $140.56 | $2,670.56 |
| OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 |
| OH | 43302 | 11 | 75 | XIFAXAN | $655.83 | $724.87 |
| OH | 45601 | 11 | 69 | PEGASYS | $488.04 | $2,323.08 |
| OH | 45601 | 11 | 69 | RIBASPHER | $3.76 | $71.37 |
| OH | 43302 | 11 | 75 | XIFAXAN | $473.29 | $907.41 |
| FL | 33607 | 11 | 78 | ATORVAST | $1.15 | $32.07 |
| FL | 33607 | 11 | 78 | PANTOPRA | $1.15 | $9.09 |
| OH | 45601 | 11 | 69 | PEGASYS | $1,335.28 | $1,475.84 |
| OH | 45601 | 11 | 69 | RIBASPHER | $59.35 | $15.78 |
| OH | 43302 | 11 | 75 | XIFAXAN | $455.63 | $925.07 |
| FL | 33607 | 11 | 78 | AMLODIPIN | $1.15 | $11.24 |
| FL | 33607 | 11 | 78 | PANTOPRA | $1.15 | $9.09 |
| FL | 33607 | 11 | 78 | ATORVAST | $1.15 | $32.07 |
| FL | 33607 | 11 | 78 | CARVEDILO | $1.15 | $22.01 |
| FL | 33607 | 11 | 75 | CLONIDINE | $1.15 | $5.37 |

| [illegible] | [illegible] |
|---|---|
| $27,300.00 | 1446680366 |
| $1,124.52 | 1446680329 |
| $1,380.70 | 1446208714 |
| $27,300.00 | 1446533002 |
| $27,300.00 | 1446769141 |
| $1,124.52 | 3446567025 |
| $75.13 | 1445354382 |
| $2,440.04 | 3443668814 |
| $27,300.00 | 1443647514 |
| $75.13 | 1443257976 |
| $1,380.70 | 1441525899 |
| $1,124.52 | 1441429286 |
| $27,300.00 | 1441478830 |
| $80.50 | 3440726177 |
| $1,380.70 | 1375469688 |
| $80.50 | 1374406777 |
| $3,007.95 | 1374423542 |
| $1,380.70 | 1372304048 |
| $2,811.12 | 1371688846 |
| $80.50 | 3371623115 |
| $7,449.70 | 1371179484 |
| $1,380.70 | 1368921286 |
| $2,811.12 | 1368122451 |
| $75.13 | 1368122459 |
| $2,811.12 | 1365521770 |
| $75.13 | 1365380689 |
| $1,380.70 | 3364822409 |
| $2,811.12 | 1362528825 |
| $75.13 | 1362577379 |
| $1,380.70 | 1362472610 |
| $33.22 | 3361821314 |
| $10.24 | 3361821317 |
| $2,811.12 | 1359840680 |
| $75.13 | 1359824258 |
| $1,380.70 | 1359633620 |
| $12.39 | 1352722264 |
| $10.24 | 1352722678 |
| $33.22 | 1352722260 |
| $23.16 | 1352722252 |
| $6.52 | 1352722257 |

# Exhibit B

**SCHEDULE 4**
**Provider Certification, Questionnaire and Type of Service**

*PSAO is to seek completion of the Provider Certification from each PSAO Pharmacy.*

| ***GENERAL INFORMATION*** | **TODAY'S DATE:** 1/15/13 |
|---|---|
| NCPDP#: 3 1 9 9 4 1 8 <br> (Please attach additional list of pharmacies w/ Identical Federal Tax ID) OR CHAIN CODE: 904 | INSURANCE CARRIER: CNA Insurance Company <br> (Attach Certificate of Insurance) <br> *We require comprehensive general liability coverage of $1,000,000 per occurrence/$3,000,000 annual aggregate. A copy of your liability coverage showing these levels must be attached.* |
| NPI#: 1 5 8 8 7 9 2 8 6 5 | HOURS/DAYS OF SERVICE: |
| LEGAL NAME: Prime Aid Pharmacy Corp | MON-FRI: 9:00 A.M. 7:00 P.M. |
| DBA NAME: | SAT: 10:00 A.M. - 6:00 P.M. |
| PHYSICAL ADDRESS: 3915 Bergenline Ave | SUN: ___ A.M. - ___ P.M. |
| CITY: Union City STATE: NJ | NAME OF CURRENT OWNER: Igor Fleyshmakher |
| ZIP: 07087 | PHARMACIST IN CHARGE: Hyun M Yu <br> (Attach copy of License) |
| PHONE: 800 . 731 . 4553 | |
| FAX: 201 - 864 - 0105 | MEDICAID #: 0133159 |
| FEDERAL TAX ID: 20-5632891 | STATE ISSUED FROM: NY |
| STATE TAX ID: 131 2439 | |
| STATE ISSUED FROM: NY | |
| STORE FEDERAL DEA #: 02 - 80886 <br> (Attach copy of License) | STORE LICENSE #: 28 RS 00668800 <br> (Attach copy of License) |
| REMITTANCE ADDRESS (IF DIFFERENT FROM ABOVE) | |
| NAME TO BE PRINTED ON CHECK: | SOFTWARE VENDOR: Rx Key |
| Prime Aid Pharmacy Corp | SWITCHING COMPANY: Relay Health |
| ADDRESS: 3915 Bergenline Ave | CONTACT PERSON: Elie Khalife |
| CITY: Union City | E-MAIL (if available): ekhalife@ [illegible] .com |
| STATE, ZIP: NJ 07087 | Pharmacy Website: PrimeaidRx.com |
| Provider Directory Information: If you would like the store directory information to be listed different than above, please contact Express Scripts Network Contracting & Management at 866-296-9943. | NOTE: It is the responsibility of the provider to notify Express Scripts in writing of any changes to their pharmacy information. |

Copyright © 2011 Express Scripts, Inc.
All rights reserved.

Confidential and Proprietary

174090.2

**SCHEDULE 4 CONTINUED**

| | QUESTIONNAIRE SECTION | YES | NO |
|---|---|---|---|
| 1 | Are any 6 or more pharmacies covered by this contract assigned the same NCPDP chain code? *If yes, please list NCPDPs & the applicable chain code.* | | X |
| 2 | Is this pharmacy an open-door pharmacy where you fill prescriptions for all walk-in customers without restrictions? *If no, please provide detailed explanation of pharmacy restrictions.* | X | |
| 3 | Do you maintain electronic patient profiles? | X | |
| 4 | Do you review prescriptions dispensed for drug interactions? | X | |
| 5 | Is this pharmacy equipped to submit claims electronically in the most current NCPDP format? | X | |
| 6 | Are you affiliated with a buying group or Co-op other than a PSAO (i.e., a GPO)? *If yes, please list name of affiliated buying group.* | | X |
| 7 | Is this pharmacy affiliated with any other pharmacy or entity which presently maintains a pharmacy agreement with ESI? *If yes, please list the name of the entity currently holding an agreement with ESI.* | | X |
| 8 | Do you provide any special services or have distribution rights to any specialty medications? *If yes, please attach detail on services or specialty medications supplied.* | X | |
| 9 | In the last 10 years, has your pharmacy or another pharmacy you have owned been disciplined by a State Board of Pharmacy, a government entity, or any other regulatory authority (i.e., State or Federal DEA or the State Medicaid Department)? *If yes, please attach explanation of action taken, board order letter, and any other supporting documents from the State Board of Pharmacy, government entity, or other regulatory authority.* | | X |
| 10 | In the last 10 years, have any of your pharmacists been disciplined by a State Board of Pharmacy, a government entity, or any other regulatory authority (i.e., State or Federal DEA or the State Medicaid Department)? *If yes, please attach details and letter(s) of disciplinary action.* | | X |
| 11 | In the last 10 years, has the pharmacy, under current ownership, or any of its currently employed pharmacists been the subject of a civil lawsuit or criminal prosecution for fraud, deceit, deception or a similar offense involving moral turpitude? *If yes, please attach detailed explanation.* | | X |
| 12 | In the last 10 years, has the pharmacy, under current ownership, or any of its principals filed for bankruptcy, reorganization, or made a general assignment in favor of creditors? *If yes, please attach detailed explanation.* | | X |
| 13 | In the last 10 years, has the pharmacy or any of its principals or pharmacists, ever been suspended or excluded by the Office of Inspector General (OIG) from participating in any federal or state health care program (e.g., Medicare, Medicaid, TRICARE) or by the General Services Administration (GSA) from participating in any government contract/services. *If yes, please attach detailed explanation including applicable dates.* | | X |
| 14 | Has this Pharmacy participated in an Express Scripts, Inc. network before? *If yes, when and under what name(s) and NCPDP number(s)?* Prime Aid 3194418 | X | |
| 15 | Have any of the owners, officers or directors of the Pharmacy owned any other pharmacy that has participated in an Express Scripts, Inc. network? *If yes, please attach a list of the pharmacies, their NCPDP number(s), and the names of the owners, officers and directors.* | | X |
| 16 | Has the Pharmacy ever changed names? *If yes, please attach a list of the previous name(s), NCPDP number(s), if different, and the date(s) the name changed.* | | X |
| 17 | Has the Pharmacy ever undergone a change in ownership? *If yes please attach a list of the previous owner's name(s), ownership dates, and NCPDP number(s) if different.* | | X |
| 18 | Is the Pharmacy a Medicare Part B Provider? *If yes, please provide this Pharmacy's Part B Provider Number* ________ | | X |

Copyright © 2011 Express Scripts, Inc.
All rights reserved.

Confidential and Proprietary

## SCHEDULE 4 CONTINUED

| [illegible] | | |
|---|---|---|
| Check all that apply | Type of Sale | Estimated % of Total Sales |
| [ ✓ ] | Open Door Retail Pharmacy (accepts all walk-in customers) | 30 % |
| [ ✓ ] | Mail Order | 30 % |
| [ ✓ ] | Medicaid | 10 % |
| [ ] | Long-Term Care/Nursing Home | |
| [ ] | Internet Pharmacy | |
| [ ] | Home Infusion | |
| [ ] | Self Administered Injectable Services | |
| [ ] | Compound Services | |
| [ ✓ ] | Other: Specialty | 30 % |
| | Total | = 100 % |

I certify that each answer on this Provider Certification (including attachments) is true and correct.

I agree to notify ESI in writing in the event there is any change in the information provided which would make any part of this Provider Certification untrue or inaccurate.

I realize that if any answer is incorrect or changes at any time during the term of the pharmacy's Agreement with ESI and the pharmacy fails to immediately notify ESI in writing of an accurate correction or change, the pharmacy's Agreement with ESI may be immediately terminated by ESI.

I give ESI and its designee(s), if any, permission to contact any individual, company, organization, etc., including state and federal licensing agencies, necessary to verify information submitted herein and to ask questions about disciplinary action, the pharmacy's license or any pharmacist licensed, employed by or dispensing prescriptions at the pharmacy.

Initials: IF
*(Owner/Pharmacist)*

NCPDP: 3194418 Pharmacy Name: Prime Aid Pharmacy

**Document Checklist (Copies of all are REQUIRED)**

- [ ] Enclose a copy of the letter confirming Pharmacy NPI assignment.
- [ ] Enclose a copy of both your State Pharmacy Permit and Pharmacist-in-Charge License.
- [ ] Enclose a copy of your State Board Primary Source Verification (not to be older than 30 days) for both the State Pharmacy Permit and Pharmacist-in-Charge License.
- [ ] Enclose a copy of your pharmacy's Federal DEA License.
- [ ] Enclose a copy of your pharmacy's Insurance Certification -- including liability coverage ($1M per occurrence and $3M annual aggregate is required).
- [ ] Enclose a copy of a completed IRS W-9 Form (Request for Federal Taxpayer Identification Number and Certification) for Provider (or for each Pharmacy location, if Legal Name varies from location to location).
- [ ] Enclose a document confirming Provider's Legal Name and Federal Taxpayer Identification Number or, if Legal Name varies from location to location, provide the Federal Taxpayer Identification Number for each Legal Name/Entity. (IRS Notice CP575 preferred, or other pre-printed IRS or Federal tax document, i.e., pre-printed tax payment coupon).

**STATE-SPECIFIC REQUIRMENTS:**

- [ ] CALIFORNIA Providers Only: Board of Equilization Sellers Permit.

Copyright © 2011 Express Scripts, Inc.
All rights reserved.

Confidential and Proprietary

Yahoo! My Yahoo! Mail Make Y! your home page Search: Web Search

YAHOO! MAIL Welcome, ys8896 [Sign Out, My Account] Mail Home - Mail Tutorials - Help

YAHOO! PERSONALS PREMIER

Mail Addresses Calendar Notepad Mail For Mobile - Mail Upgrades - Options

Check Mail Compose Search Mail Search the Web

Earn a degree in less than 1 yr.

Folders [Add - Edit]
Inbox (38)
Draft
Sent
Bulk (34) [Empty]
Trash [Empty]

Search Shortcuts
My Photos
My Attachments

See your credit score - free

Earn a degree in 1 yr.

Mortgage Rates 4.625%

Degrees in as fast as 1 year

Previous | Next | Back to Messages

Delete Reply Forward Spam Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Thu, 1 Mar 2007 09:41:26 -0500 (EST)
**From:** customerservice@npienumerator.com Add to Address Book Add Mobile A
**To:** ys8896@yahoo.com
**Subject:** National Provider Identifier

A request for a National Provider Identifier for the followin was recently submitted to https://nppes.cms.hhs.gov:
Prime Aid Pharmacy Inc.
205633289

Practice Location: 3915 Bergenline Ave
Union City, NJ 07087-4899

Provider Taxonomies: 3336C0003X Pharmacy Community/R Pharmacy

Since you were listed as the contact person, this is to infor the request was successfully processed, and the following NPI assigned to the organization above: [illegible]. The User ID y selected for this NPI is ys8896. Please use this User ID when the National Provider System at https://nppes.cms.hhs.gov.

If you have any questions about this identifier you may:
1.) Refer to the NPI website (https://nppes.cms.hhs.gov), or
2.) Contact the NPI Enumerator at:
NPI Enumerator
PO Box 6059
Fargo, ND 58108-6059
1-800-465-3203 (NPI
1-800-692-2326 (NPI

customerservice@npienumerator.com

Log in ID -

000106

CMS

FOX Systems, Inc.
NPI Enumerator

000049

Prime Aid Pharmacy Corp
Attn: Yawe Skhudler Attorney
3915 Bergenline Avenue
Union City, NJ 07087

Date: November 30, 2010

Subject: National Provider Identifier

Enumeration Date: March 1, 2007

A request for a National Provider Identifier for the following provider was recently submitted to https://nppes.cms.hhs.gov, and you were listed as the contact person. This is to inform you that the request was successfully processed and the following NPI has been assigned: 1588792865.

Prime Aid Pharmacy Corp
EIN: =====2891

Practice Location:
3915 Bergenline Avenue
Union City, NJ 07087

Other Identification Numbers:
Issuer: MEDICARE NSC
Number: 6920830001
State: NJ

Provider Taxonomies:
Taxonomy: 3336C0003X
Details: Pharmacy/Community/Retail Pharmacy

Taxonomy: 3336C0003X
License: 28RS00668800 State: NJ
Details: Pharmacy - Community/Retail Pharmacy
This is the Primary Taxonomy.

Taxonomy: 3336S0011X
License: 28RS00668800 State: NJ
Details: Pharmacy - Specialty Pharmacy

Taxonomy: 3336M0002X
License: 28RS00668800 State: NJ
Details: Pharmacy - Mail Order Pharmacy

NPI Enumerator
P.O. Box 6059
Fargo, ND 58108-6059



000107

CMS

FOX Systems, Inc.

NPI Enumerator

If you have any questions about this notification you may contact the NPI Enumerator at:

NPI Enumerator
PO Box 6059
Fargo ND 58108-6059
1-800-465-3203 (NPI Toll-Free)
1-800-692-2326 (NPI TTY)
customerservice@npienumerator.com

You may view or change this provider's NPPES information by logging onto the NPPES website at https://nppes.cms.hhs.gov.

Please note: If you are not the provider, you are required to inform the provider of the information in this letter and furnish a copy of this notification to the provider.

NPI Enumerator