SQUIRE PATTON BOGGS (US) LLP
Mark C. Errico
Mark.Errico@squirepb.com
The Legal Center
One Riverfront Plaza
1037 Raymond Blvd.
Newark, New Jersey 07102
Telephone:     973-848-5600
Facsimile:      973-848-5601

Attorneys for Defendants
HUMANA INC.,
HUMANA PHARMACY SOLUTIONS, INC.,
HUMANA HEALTH PLAN, INC., and
HUMANA INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRIME AID PHARMACY CORP.,<br><br>                    Plaintiff,<br><br>              v.<br><br>HUMANA INC., HUMANA PHARMACY SOLUTIONS, INC., HUMANA HEALTH PLAN, INC. AND HUMANA INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 2:16-cv-02104-SDW-SCM<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>**Motion Return Date: October 17, 2016**<br><br>**Oral Argument Requested** |

To:    Jonathan L. Swichar, Esq.                   Robyn S. Stoter, Esq.
         jlswichar@duanemorris.com               rsstoter@duanemorris.com
         DUANE MORRIS LLP                         DUANE MORRIS LLP
         One Riverfront Plaza                             30 S. 17th Street
         1037 Raymond Boulevard, Suite 1800   Philadelphia, PA 19103
         Newark, New Jersey 07102-5429

Counsel:

PLEASE TAKE NOTICE that on October 17, 2016, at 9:00 a.m., or at such other date and time as the Court may direct, Defendants Humana Inc., Humana Pharmacy Solutions, Inc., Humana Health Plan, Inc., and Humana Insurance Company (collectively, "Defendants") will move before the Honorable Susan D. Wigenton, United States District Judge, at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims asserted in the First Amended Complaint by Plaintiff Prime Aid Pharmacy Corp.

PLEASE TAKE FURTHER NOTICE that Defendants will rely on the accompanying Memorandum of Law, Declaration of Mark C. Errico, and proposed form of Order in support of their motion.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument pursuant to L. Civ. R. 78.1(b).

Dated: September 14, 2016                    Respectfully submitted,

                                             SQUIRE PATTON BOGGS (US) LLP


                                             By:  s/ Mark C. Errico
                                                  Mark C. Errico

                                             The Legal Center
                                             One Riverfront Plaza
                                             1037 Raymond Blvd.
                                             Newark, New Jersey 07102
                                             Telephone:    973-848-5600
                                             Facsimile:    973-848-5601
                                             Mark.Errico@squirepb.com

Kimberly J. Donovan, Esq. (admitted *pro hac vice*)
kimberly.donovan@squirepb.com
Rachael A. Harris, Esq. (admitted *pro hac vice*)
rachael.harris@squirepb.com
Squire Patton Boggs (US) LLP
2550 M Street Northwest
Washington, D.C. 20037
T: 202-457-6000
F: 202-457-6315

Attorneys for Defendants
HUMANA INC., HUMANA PHARMACY
SOLUTIONS, INC., HUMANA HEALTH PLAN,
INC., and HUMANA INSURANCE COMPANY

- 4 -

## **CERTIFICATE OF FILING AND SERVICE**

I certify that on this 14th day of September, 2016, copies of the within Notice of Motion to Dismiss the First Amended Complaint with Prejudice, Memorandum of Law in support thereof, Declaration of Mark C. Errico, and proposed form of Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Jonathan L. Swichar, Esq. | Robyn S. Stoter, Esq. |
| jlswichar@duanemorris.com | rsstoter@duanemorris.com |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| One Riverfront Plaza | 30 S. 17th Street |
| 1037 Raymond Boulevard, Suite 1800 | Philadelphia, PA 19103 |
| Newark, New Jersey 07102-5429 | |

                                                s/ Mark C. Errico
                                                   MARK C. ERRICO